UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRIAXX PRIME CDO 2006-1, LTD., et al.,

                              Plaintiffs,

           -against-

HSBC BANK USA, NATIONAL ASSOCIATION, et al.,

                            Defendants.
------------------------------------------------------------------X

15-CV-10096 (LGS) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the public health crisis, the status conference scheduled for Wednesday, April 29, 2020, at 3:00 p.m. will be conducted telephonically rather than in person. At that time, the parties should call (877) 402-9757 and enter access code 7938632. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 24, 2020
               New York, New York